JOSHUA A. SLIKER, ESQ
Nevada Bar No. 12493
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Telephone: (702) 921-2460
Email: joshua.sliker@jacksonlewis.com

*Attorneys for Defendant Lyft, Inc*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| THE STATE OF NEVADA, DEPARTMENT OF EMPLOYMENT TRAINING AND REHABILITATION, *ex. rel.* Chagolla<br><br>Plaintiff,<br>vs.<br><br>LYFT, INC.,<br><br>Defendants. | Case No.: 3:23-cv-00442-LRH-CLB<br><br>**ORDER GRANTING STIPULATION TO EXTEND THE DEADLINE FOR DEFENDANT TO FILE A RESPONSE TO PLAINTIFF'S COMPLAINT FOR VIOLATIONS OF THE NEVADA FALSE CLAIMS ACT**<br><br>**(FIRST REQUEST)** |

Defendant Lyft, Inc. ("Defendant"), by and through its counsel, Jackson Lewis P.C., and Relator Christina Michelle Chagolla ("Relator"), by and through her counsel, Thierman Buck LLP, hereby stipulate and agree to extend the time for Defendant to file an answer or otherwise respond to Plaintiff's Complaint for Violations of the Nevada False Claims Act (the "Complaint") by 30 days through and including October 12, 2023.  On February 8, 2023, an action was commenced in the Second Judicial District of Washoe County, Nevada, captioned *The State of Nevada, ex. rel. Chagolla v. Lyft, Inc.*  On August 3, 2023, Defendant was served with the Summons and Complaint.  On September 5, 2023, Defendant removed the action to this Court pursuant to 28 U.S.C. § 1332, diversity jurisdiction.  As such, Defendant's answer or response to the Complaint is currently due September 12, 2023.  Plaintiff and Defendant have agreed to an extension of time for Defendant to answer or otherwise respond to the Complaint to allow defense counsel sufficient time to investigate the allegations of the Complaint.

1

Defendant shall, therefore, have a 30- day extension up to and including October 12, 2023, to file an answer or otherwise respond to Plaintiff's Complaint.

This stipulation and order are sought in good faith and not for the purpose of delay. No prior request for any extension of time has been made.

Dated this 12th day of September, 2023.

| THIERMAN BUCK LLP | JACKSON LEWIS P.C. |
|---|---|
| */s/* <br> LEAH L. JONES, ESQ. <br> Nevada Bar No. 13161 <br> 7287 Lakeside Drive <br> Reno, Nevada 89511 <br><br> *Attorneys for Relator Christina Michelle Chagolla* | */s/ Joshua S. Sliker* <br> JOSHUA A. SLIKER, ESQ. <br> Nevada Bar No. 12493 <br> 300 S. Fourth Street, Suite 900 <br> Las Vegas, Nevada 89101 <br><br> *Attorneys for Defendant Lyft, Inc.* |

**ORDER**

**IT IS SO ORDERED:**

Dated: September 13, 2023

_____
HON. CARLA BALDWIN
UNITED STATES MAGISTRATE JUDGE

2