Kirsten A. Milton, Esq.
Nevada State Bar. No. 14401
Joshua A. Sliker, Esq.
Nevada State Bar No. 12493
**JACKSON LEWIS P.C.**
Telephone: (702) 921-2460
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Telephone: (702) 921-2460
Email: kirsten.milton@jacksonlewis.com
　　　　joshua.sliker@jacksonlewis.com

*Attorneys for Defendant*
*Lyft, Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| THE STATE OF NEVADA, DEPARTMENT OF EMPLOYMENT TRAINING AND REHABILITATION, *ex. rel.* Chagolla<br><br>　　　　　　Plaintiff,<br>　　vs.<br><br>LYFT, INC.,<br><br>　　　　　　Defendants. | Case No.: 3:23-cv-00442-LRH-CLB<br><br>**ORDER GRANTING STIPULATION TO EXTEND THE DEADLINE FOR DEFENDANT TO FILE A RESPONSE TO PLAINTIFF'S COMPLAINT FOR VIOLATIONS OF THE NEVADA FALSE CLAIMS ACT**<br><br>**(SECOND REQUEST)** |

Defendant Lyft, Inc. ("Defendant"), by and through its counsel, Jackson Lewis P.C., and Relator Christina Michelle Chagolla ("Relator"), by and through her counsel, Thierman Buck LLP, hereby stipulate and agree to extend the time for Defendant to file an answer or otherwise respond to Plaintiff's Complaint for Violations of the Nevada False Claims Act (the "Complaint") by seven (7) days, through and including October 19, 2023.  This is the second such request the parties have stipulated to.

Defendant shall, therefore, have a seven-day extension up to and including October 19, 2023, to file an answer or otherwise respond to Plaintiff's Complaint.

This stipulation and order are sought in good faith and not for the purpose of delay. One prior request for an extension of time has been made.

Dated this 12th day of October, 2023.

| THIERMAN BUCK LLP | JACKSON LEWIS P.C. |
|---|---|
| */s/ Leah L. Jones* <br> Joshua D. Buck <br> Nevada Bar No. 12187 <br> Mark R. Thierman <br> Nevada Bar No. 8285 <br> Joshua Hendrickson <br> Nevada Bar No. 12225 <br> Leah L. Jones <br> Nevada Bar No. 13161 <br> 7287 Lakeside Drive <br> Reno, Nevada 89511 <br><br> *Attorneys for Plaintiff/Relator Chagolla* | */s/ Kirsten A. Milton* <br> Kirsten A. Milton <br> Nevada Bar No. 14401 <br> Joshua A. Sliker <br> Nevada Bar No. 12493 <br> 300 S. Fourth Street, Suite 900 <br> Las Vegas, Nevada 89101 <br><br> *Attorneys for Defendant Lyft, Inc.* |

**ORDER**

**IT IS SO ORDERED:**

Dated: October 12, 2023

_____
UNITED STATES MAGISTRATE JUDGE