**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| THE STATE OF NEVADA, DEPARTMENT OF EMPLOYMENT TRAINING and REHABILITATION, *ex rel.* CHAGOLLA,<br><br>Plaintiff,<br><br>vs.<br><br>LYFT, INC.,<br><br>Defendant. | Case No.: 3:23-cv-00442-LRH-CLB<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT'S MOTION TO DISMISS RELATOR'S QUI TAM COMPLAINT**<br><br>**(FIRST REQUEST)** |

Plaintiff THE STATE OF NEVADA, DEPARTMENT OF EMPLOYMENT TRAINING and REHABILITATION, *ex rel.* CHAGOLLA ("Plaintiff") and Defendants LYFT, INC. ("Defendants"), by and through their undersigned counsel, hereby agree and stipulate to extend the time for Plaintiffs to file a response to Defendants' Motion to Dismiss Relator's Qui Tam Complaint by 14 days from the current deadline of November 2, 2023, up to and including **November 16, 2023.**

This is the first request for an extension of time to respond to Defendants' Motion to Dismiss Relator's Qui Tam Complaint.

The instant request for an extension is needed because Plaintiff's Lead Counsel is traveling out of the Country. This extension is requested and sought prior to the expiration of the deadline in question.

The Parties agree and represent to the Court that this request is made in good faith and not for the purpose of delay.

Dated this 20th of October 2023

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| */s/ Leah L. Jones* | */s/ Kirsten A. Milton* |
| Mark R. Thierman, Nev. Bar No. 8285<br>Joshua D. Buck, Nev. Bar No. 12187<br>Leah L. Jones, Nev. Bar No. 13161<br>**THIERMAN BUCK LLP**<br>7287 Lakeside Drive<br>Reno, Nevada 89511<br>Tel. (775) 284-1500<br>Fax. (775) 703-5027<br><br>*Attorneys for Plaintiff* | Kirsten A. Milton, Esq.<br>Nev. Bar No. 14401<br>Joshua A. Sliker, Esq.<br>Nev. Bar No. 12493<br>**JACKSON LEWIS P.C.**<br>Telephone: (702) 921-2460<br>300 S. Fourth Street, Suite 900<br>Las Vegas, Nevada 89101<br>Telephone: (702) 921-2460<br><br>*Attorneys for Defendant, Lyft, Inc.* |

## ORDER

IT IS SO ORDERED.

DATED this 24th day of October, 2023.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE