| | |
|---|---|
| Mark R. Thierman, Nev. Bar No. 8285 | Kirsten A. Milton, Esq. |
| Joshua D. Buck, Nev. Bar No. 12187 | Nev. Bar No. 14401 |
| Leah L. Jones, Nev. Bar No. 13161 | Joshua A. Sliker, Esq. |
| **THIERMAN BUCK LLP** | Nev. Bar No. 12493 |
| 7287 Lakeside Drive | **JACKSON LEWIS P.C.** |
| Reno, Nevada 89511 | Telephone: (702) 921-2460 |
| Tel. (775) 284-1500 | 300 S. Fourth Street, Suite 900 |
| Fax. (775) 703-5027 | Las Vegas, Nevada 89101 |
| mark@thiermanbuck.com | Telephone: (702) 921-2460 |
| josh@thiermanbuck.com | kirsten.milton@jacksonlewis.com |
| leah@thiermanbuck.com | joshua.sliker@jacksonlewis.com |
| *Attorneys for Plaintiff* | *Attorney for Defendants, Lyft, Inc.* |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| THE STATE OF NEVADA, DEPARTMENT OF EMPLOYMENT TRAINING and REHABILITATION, *ex rel.* CHAGOLLA,<br><br>Plaintiff,<br><br>vs.<br><br>LYFT, INC.,<br><br>Defendants. | Case No.: 3:23-cv-00442-LRH-CLB<br><br>**ORDER GRANTING STIPULATION FOR PLAINTIFF TO FILE THEIR FIRST AMENDED COMPLAINT** |

Plaintiff THE STATE OF NEVADA, DEPARTMENT OF EMPLOYMENT TRAINING and REHABILITATION, *ex rel.* CHAGOLLA ("Plaintiff") and Defendants LYFT, INC. ("Defendants") (collectively the "Parties"), by and through their undersigned counsel, hereby agree and stipulate for Plaintiff to file a First Amended Complaint.

Accordingly, the Parties agree and stipulate as follows:

1. Plaintiff filed her Complaint for Violations of the Nevada False Claims Act on or about February 8, 2023, in the Second Judicial District Court of the State of Nevada in and for the County of Washoe.

2. On or about June 9, 2023, the State of Nevada and the Nevada Attorney General (the "State") declined to intervene.

3. On or about September 6, 2023, Defendant removed this action to the United States District Court, District of Nevada.

4. On or about October 19, 2023, Defendant filed their Motion to Dismiss Relator's Qui Tam Complaint (ECF No. 14).

5. On or about October 20, 2023, the Parties filed a Stipulation and Proposed Order to extend time for Plaintiff to respond to Defendant's Motion to Dismiss (ECF NO. 15). The Stipulation was granted on September 24, 2023 (ECF NO. 16), extending Plaintiffs response deadline to November 16, 2023.

6. FRCP 15(a)(2) provides that "a party may amend its pleading only with the opposing party's written consent[.]"

7. Defendant has consented to the filing of an amended complaint.

8. Plaintiff's First Amended Complaint shall be filed no later than Thursday, November 16, 2023.

This stipulation is made in good faith and not for the purposes of undue delay or burden. No parties are prejudiced by this stipulation.

DATED: November 15, 2023

Respectfully submitted,

*/s/ Joshua D. Buck*

Mark R. Thierman, Nev. Bar No. 8285
Joshua D. Buck, Nev. Bar No. 12187
Leah L. Jones, Nev. Bar No. 13161
**THIERMAN BUCK LLP**
*Attorneys for Plaintiff*

Respectfully submitted,

*/s/ Kirsten A. Milton*

Kirsten A. Milton, Esq. Nev. Bar No. 14401
Joshua A. Sliker, Esq. Nev. Bar No. 12493
**JACKSON LEWIS P.C.**
*Attorneys for Defendant, Lyft, Inc.*

**IT IS SO ORDERED.**

**DATED:** November 16, 2023.

_____
UNITED STATES MAGISTRATE JUDGE