1
2
3
4
5
6
7
8
9
10
11

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| THE STATE OF NEVADA, DEPARTMENT OF EMPLOYMENT TRAINING and REHABILITATION, *ex rel.* CHAGOLLA,<br><br>    Plaintiff,<br><br>    vs.<br><br>LYFT, INC.,<br><br>    Defendants. | Case No.: 3:23-cv-00442-LRH-CLB<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT'S MOTION TO DISMISS RELATOR'S FIRST AMENDED COMPLAINT FOR VIOLATIONS OF THE NEVADA FALSE CLAIMS ACT**<br><br>**(FIRST REQUEST)** |

Plaintiff THE STATE OF NEVADA, DEPARTMENT OF EMPLOYMENT TRAINING and REHABILITATION, *ex rel.* CHAGOLLA ("Plaintiff") and Defendants LYFT, INC. ("Defendants") (collectively the "Parties"), by and through their undersigned counsel, hereby agree and stipulate to extend time for Plaintiff to file their response to Defendant's Motion to Dismiss Relator's First Amended Complaint for Violations of the Nevada False Claims Act from its current deadline of Thursday, December 28, 2023, up to and including **Monday, January 29, 2024.**

This is the first request for an extension of time to respond to Defendant's Motion to Dismiss Relator's First Amended Complaint.

- 1 -
ORDER GRANTING STIPULATION FOR PLAINTIFF'S
RESPONSE TO DEFENDANT'S MOTION TO DISMISS

This instant request for an extension is needed because Plaintiff's Lead Counsel has a pre-scheduled vacation for the upcoming Christmas Holiday. This extension is requested and sought prior to the expiration of the deadline in question.

This stipulation is made in good faith and not for the purposes of undue delay or burden. No parties are prejudiced by this stipulation.

DATED: December 15, 2023

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| /s/ Joshua D. Buck | /s/ Kirsten A. Milton |
| Mark R. Thierman, Nev. Bar No. 8285<br>Joshua D. Buck, Nev. Bar No. 12187<br>Leah L. Jones, Nev. Bar No. 13161<br>**THIERMAN BUCK LLP**<br>*Attorneys for Plaintiff* | Kirsten A. Milton, Esq.  Nev. Bar No. 14401<br>Joshua A. Sliker, Esq.  Nev. Bar No. 12493<br>**JACKSON LEWIS P.C.**<br>*Attorneys for Defendant, Lyft, Inc.* |

## ORDER

IT IS SO ORDERED.

DATED this 18th day of December, 2023.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE