# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| THE STATE OF NEVADA, DEPARTMENT OF EMPLOYMENT TRAINING AND REHABILITATION, *ex. rel.* Chagolla<br><br>Plaintiff,<br><br>v.<br><br>LYFT, INC.,<br><br>Defendant. | Case No.: 3:23-cv-00442-LRH-CLB<br><br>**ORDER GRANTING STIPULATION TO EXTEND THE DEADLINE FOR DEFENDANT TO FILE A REPLY TO PLAINTIFF'S RESPONSE TO MOTION TO DISMISS** |

Defendant Lyft, Inc. ("Defendant"), by and through its counsel, Jackson Lewis P.C., and Relator Christina Michelle Chagolla ("Relator"), by and through her counsel, Thierman Buck LLP, hereby stipulate and agree to extend the time for Defendant to file a Reply to Plaintiff's Response to Defendant's Motion to Dismiss the Amended Complaint with prejudice by 7 days through and including February 12, 2024. This is the first such request the parties have stipulated to.

//

1

Defendant shall, therefore, have a 7-day extension up to and including February 12, 2024, to file a Reply to Plaintiff's Response to Defendant's Motion to Dismiss.

This stipulation and order are sought in good faith and not for the purpose of delay. No prior request for any extension of time has been made.

Dated this 2nd day of February, 2024.

| | |
|---|---|
| THIERMAN BUCK LLP<br>*/s/ Joshua D. Buck*<br>Joshua D. Buck<br>Nevada Bar No. 12187<br>Mark R. Thierman<br>Nevada Bar No. 8285<br>Joshua Hendrickson<br>Nevada Bar No. 12225<br>Leah L. Jones<br>Nevada Bar No. 13161<br>7287 Lakeside Drive<br>Reno, Nevada 89511<br><br>*Attorneys for Plaintiff/Relator Chagolla* | JACKSON LEWIS P.C.<br>*/s/ Kirsten A. Milton*<br>Kirsten A. Milton<br>Nevada Bar No. 14401<br>Joshua A. Sliker<br>Nevada Bar No. 12493<br>300 S. Fourth Street, Suite 900<br>Las Vegas, Nevada 89101<br><br>*Attorneys for Defendant Lyft, Inc.* |

**ORDER**

**IT IS SO ORDERED.**

**DATED this 5th day of February, 2024.**

**LARRY R. HICKS**
**UNITED STATES DISTRICT JUDGE**

2