Kirsten A. Milton, Esq.
Nevada State Bar. No. 14401
Joshua A. Sliker, Esq.
Nevada State Bar No. 12493
**JACKSON LEWIS P.C.**
Telephone: (702) 921-2460
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Telephone: (702) 921-2460
Email: kirsten.milton@jacksonlewis.com
joshua.sliker@jacksonlewis.com

*Attorneys for Defendant*
*Lyft, Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| THE STATE OF NEVADA, DEPARTMENT OF EMPLOYMENT TRAINING AND REHABILITATION, *ex. rel.* Chagolla<br><br>Plaintiff,<br>vs.<br>LYFT, INC.,<br>Defendants. | Case No.: 3:23-cv-00442-ART-CLB<br><br>**ORDER GRANTING JOINT STIPULATION TO EXTEND THE DEADLINE FOR DEFENDANT TO FILE AN ANSWER TO RELATOR'S FIRST AMENDED COMPLAINT**<br><br>**(FIRST REQUEST)** |

Defendant Lyft, Inc. ("Defendant") and Relator Christina Michelle Chagolla ("Relator") (collectively "the Parties"), by and through their respective counsel of record, hereby stipulate and agree to extend the time for Defendant to file an answer to Relator's First Amended Complaint (Dkt No.19) pursuant to Fed. R. Civ. P. 12(a)(4)(A) by 21 days through and including November 5, 2024.

The Parties make this extension request not for the purpose of delay but so that the Parties may engage in preliminary settlement discussions and evaluate whether to pursue mediation of Relator's Nevada False Claims Act (NFCA) claim. This is the first such request the parties have stipulated to. No prior request for any extension of time has been made.

//

Defendant shall, therefore, have a 21-day extension of time up to and including November 5, 2024, to file an answer to Relator's Amended Complaint.

DATED this 15th day of October, 2024.

| THIERMAN BUCK LLP | JACKSON LEWIS P.C. |
|---|---|
| */s/ Joshua D. Buck* <br> Joshua D. Buck <br> Nevada Bar No. 12187 <br> Mark R. Thierman <br> Nevada Bar No. 8285 <br> Leah L. Jones <br> Nevada Bar No. 13161 <br> 7287 Lakeside Drive <br> Reno, Nevada 89511 | */s/ Kirsten A. Milton* <br> Kirsten A. Milton <br> Nevada Bar No. 14401 <br> Joshua A. Sliker <br> Nevada Bar No. 12493 <br> 300 S. Fourth Street, Suite 900 <br> Las Vegas, Nevada 89101 <br> <br> *Attorneys for Defendant Lyft, Inc.* |

*Attorneys for Plaintiff/Relator Chagolla*

**ORDER**

**IT IS SO ORDERED:**

Dated: October 16, 2024

_____
UNITED STATES MAGISTRATE JUDGE
CARLA BALDWIN