1  Kirsten A. Milton, Esq.
   Nevada State Bar. No. 14401
2  Joshua A. Sliker, Esq.
   Nevada State Bar No. 12493
3  **JACKSON LEWIS P.C.**
   Telephone: (702) 921-2460
4  300 S. Fourth Street, Suite 900
   Las Vegas, Nevada 89101
5  Telephone: (702) 921-2460
   Email: kirsten.milton@jacksonlewis.com
6            joshua.sliker@jacksonlewis.com

7  *Attorneys for Defendant*
   *Lyft, Inc.*
8

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THE STATE OF NEVADA, DEPARTMENT OF EMPLOYMENT TRAINING AND REHABILITATION, *ex. rel.* Chagolla<br><br>Plaintiff,<br>vs.<br><br>LYFT, INC.,<br><br>Defendants. | Case No.: 3:23-cv-00442-ART-CLB<br><br>**ORDER GRANTING JOINT STIPULATION TO EXTEND THE DEADLINE FOR DEFENDANT TO FILE AN ANSWER TO RELATOR'S FIRST AMENDED COMPLAINT**<br><br>**(THIRD REQUEST)** |

Defendant Lyft, Inc. ("Defendant") and Relator Christina Michelle Chagolla ("Relator") (collectively "the Parties"), by and through their respective counsel of record, hereby stipulate and agree to extend the time for Defendant to file an answer to Relator's First Amended Complaint (Dkt No.19) pursuant to Fed. R. Civ. P. 12(a)(4)(A) by an additional 14 days through and including December 3, 2024.

The Parties make this extension request not for the purpose of delay but so that the Parties may continue to engage in settlement discussions to evaluate whether to pursue mediation of Relator's Nevada False Claims Act (NFCA) claim. This is the third such request the parties have stipulated to.

//

Defendant shall, therefore, have a 14-day extension of time up to and including December 3, 2024, to file an answer to Relator's Amended Complaint.

DATED this 19th day of November, 2024.

| THIERMAN BUCK LLP | JACKSON LEWIS P.C. |
|---|---|
| */s/ Joshua D. Buck* <br> Joshua D. Buck <br> Nevada Bar No. 12187 <br> Mark R. Thierman <br> Nevada Bar No. 8285 <br> Leah L. Jones <br> Nevada Bar No. 13161 <br> 7287 Lakeside Drive <br> Reno, Nevada 89511 <br><br> *Attorneys for Plaintiff/Relator Chagolla* | */s/ Kirsten A. Milton* <br> Kirsten A. Milton <br> Nevada Bar No. 14401 <br> Joshua A. Sliker <br> Nevada Bar No. 12493 <br> 300 S. Fourth Street, Suite 900 <br> Las Vegas, Nevada 89101 <br><br> *Attorneys for Defendant Lyft, Inc.* |

## **ORDER**

No further extensions will be granted absent extraordinary circumstances.

**IT IS SO ORDERED.**

Dated: November 19, 2024

_____
UNITED STATES MAGISTRATE JUDGE
CARLA BALDWIN