KIRSTEN A. MILTON, ESQ.
Nevada Bar. No. 14401
JOSHUA A. SLIKER, ESQ.
Nevada Bar No. 12493
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Telephone: (702) 921-2460
Email: kirsten.milton@jacksonlewis.com
Email: joshua.sliker@jacksonlewis.com

*Attorneys for Defendant*
*Lyft, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THE STATE OF NEVADA, DEPARTMENT OF EMPLOYMENT TRAINING AND REHABILITATION, *ex. rel.* Chagolla<br><br>Plaintiff,<br>vs.<br><br>LYFT, INC.,<br><br>Defendants. | Case No.: 3:23-cv-00442-ART-CLB<br><br>**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO EXTEND THE DEADLINE TO FILE AN ANSWER TO RELATOR'S FIRST AMENDED COMPLAINT**<br><br>**(FOURTH REQUEST)** |

Defendant Lyft, Inc. ("Defendant"), by and through its counsel of record, the law firm of Jackson Lewis P.C., and pursuant to Fed. R. Civ. P. 6(b) and Local Rules 7-2 and 7-3, files this Motion and respectfully requests that the grant Defendant a final, brief extension of time until **Friday, December 6, 2024** to file an answer to Relator Christina Michelle Chagolla's ("Relator") Amended Complaint [ECF No. 19]. This is Defendant's Fourth Request for an extension of time to file an answer to the Amended Complaint. Relator does not oppose the relief requested in this Motion. As good cause and in support thereof, Defendant states as follows:

### MEMORANDUM OF POINTS AND AUTHORITIES

1. On February 8, 2023, Relator filed a one-count *qui tam* Complaint under seal in the Second Judicial District Court of the State of Nevada, County of Washoe under the Nevada False Claims Act's, Nev. Rev. Stat. §§ 357.010 *et seq*. ("NFCA"), "reverse false claims" provision, seeking recovery of damages, statutory penalties, interest, and litigation costs against Defendant for

its purported failure to pay unemployment insurance taxes to the State due to its classification of its rideshare drivers in Nevada, including Relator, as independent contractors. *See generally* Compl.

2. On September 5, 2023, Lyft timely removed the action to this Court. *See* ECF No. 9.

3. On October 19, 2023, Lyft moved to dismiss Relator's Complaint and NFCA claim. *See generally* ECF No. 14.

4. Relator amended her Complaint on November 16, 2023 pursuant to Fed. R. Civ. P. 15(a)(1)(B). *See generally* ECF No. 19

5. On December 14, 2023, Defendant moved to dismiss Relator's Amended Complaint. *See generally* ECF No. 22. The parties fully briefed the motion. *See* ECF Nos. 28, 31.

6. On September 30, 2024, the Court denied Defendant's motion to dismiss. ECF No. 36.

7. Pursuant to Fed. R. Civ. P. 12(a)(4)(A), Defendant's answer to Relator's Amended Complaint was initially due by October 15, 2024.

8. Following entry of the Court's order, the parties engaged in good faith, substantive settlement discussions to evaluate (1) whether to pursue mediation of Relator's NFCA claim, and (2) whether a settlement of Relator's NFCA could ultimately be reached.

9. To facilitate such discussions, the parties stipulated to multiple extensions of time for Defendant to file an answer to Realtor's Amended Complaint. *See* ECF Nos. 37 (First Request), 39 (Second Request), 41 (Third Request).

10. The parties were engaged in such good faith discussions up until just prior to the Thanksgiving holiday.

11. The parties' third stipulation extended Defendant's time to file an answer until Tuesday, December 3, 2024. *See* ECF Nos. 41-42. In granting this extension, the Court stated that "[n]o further extensions will be granted absent extraordinary circumstances." ECF No. 42.

12. Unfortunately, the parties were unable to reach a resolution at this time.

13. Counsel has prepared an answer to the allegations in Relator's Amended Complaint.

14. But, due to the Thanksgiving holiday and Defendant's pre-arranged travel during this time, Defendant has been unable to adequately review the answer. As such, Defendant respectfully requests a final, brief extension until Friday, December 6, 2024 to file its answer.

15. On December 2, 2024, undersigned contacted Relator's counsel regarding the planned filing of this motion, articulating the above reasons. On December 3, 2024, Relator's counsel indicated he would not join the motion, but would not oppose the requested relief.

16. Defendant does not intend to seek any further extensions of time to file its answer.

17. This request is not being made for purposes of delay but to permit Defendant adequate time and opportunity to review and file its answer following the interposition of the Thanksgiving holiday.

18. No prejudice will result from this brief extension of time.

19. For good cause being shown, Defendant respectfully requests that the Court grant this Motion and extend the time for it to file an answer to the Amended Complaint until Friday, December 6, 2024.

WHEREFORE, Defendant respectfully requests that this Honorable Court grant the Motion and extend the time for Defendant to file its answer to the Amended Complaint until Friday, December 6, 2024.

DATED this 3rd day of December, 2024.

JACKSON LEWIS P.C.

*/s/ Joshua A. Sliker*
KIRSTEN A. MILTON, ESQ.
Nevada Bar. No. 14401
JOSHUA A. SLIKER, ESQ.
Nevada Bar No. 12493
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101

## **ORDER**

No further extensions of time will be granted.
IT IS SO ORDERED.
Dated: December 3, 2024

UNITED STATES MAGISTRATE JUDGE