KIRSTEN A. MILTON, ESQ.
Nevada Bar. No. 14401
JOSHUA A. SLIKER, ESQ.
Nevada Bar No. 12493
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Telephone: (702) 921-2460
Email: kirsten.milton@jacksonlewis.com
Email: joshua.sliker@jacksonlewis.com

*Attorneys for Defendant*
*Lyft, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THE STATE OF NEVADA, DEPARTMENT OF EMPLOYMENT TRAINING AND REHABILITATION, *ex. rel.* Chagolla<br><br>Plaintiff,<br><br>vs.<br><br>LYFT, INC.,<br><br>Defendants. | Case No.: 3:23-cv-00442-ART-CLB<br><br>**ORDER GRANTING STIPULATION TO EXTEND THE DEADLINE FOR THE PARTIES TO FILE A JOINT CASE MANAGEMENT REPORT**<br><br>**(FIRST REQUEST)** |

Defendant Lyft, Inc. ("Defendant"), by and through its counsel, Jackson Lewis P.C., and Relator Christina Michelle Chagolla's ("Relator"), by and through her counsel, Thierman Buck LLP, collectively "the Parties," hereby stipulate and agree to extend the time for the Parties to file the Joint Case Management Report pursuant to the Court's December 6, 2024 Order [ECF No. 47] by fourteen (14) days through and including February 4, 2025. This is the first request the Parties have stipulated to with respect to filing the Joint Case Management Report. As cause therefore, the Parties state as follows:

1.    On December 13, 2023, Lyft moved to dismiss Relator's First Amended Complaint pursuant to Federal Rules of Civil Procedure 12(b)(6) and 9(b).  *See generally* ECF No. 22.

2.    On September 30, 2024, the Court denied Defendant's motion to dismiss in its entirety. ECF No. 36.

3.      Thereafter, on December 6, 2024, the Court issued an Order pursuant to Fed. R. Civ. P. 16 instructing the Parties to file a Joint Case Management Report by Tuesday, January 21, 2025. *See* ECF No. 47.

4.      Defendant has prepared and intends to file a Rule 54(b) motion for reconsideration of the Court's September 30, 2024 Order or, in the alternative, to certify the questions of Nevada law presented in Lyft's motion to dismiss to the Nevada Supreme Court pursuant to Rule 5 of the Nevada Rules of Appellate Procedure (the "Motion to Certify").

5.      Defendant has informed Relator of its intention to file the Motion to Certify on or before Friday, January 24, 2025.

6.      Following Defendant's filing of the Motion to Certify, the Parties intend to jointly request a stay of the proceedings, and the Court's Joint Case Management Report requirement, until the Motion is resolved.

7.      This stipulation is not being made for purposes of delay but is made in good faith to permit Defendant to file the Motion to Certify and for the Court to resolve the same.

8.      No prejudice will result from this brief extension of time but, rather, will lead to the orderly and efficient use of the Parties' and the Court's resources.

///
///
///
///
///
///
///
///
///
///
///
///

1   The Parties shall, therefore, have a fourteen-day extension up to and including February 4,

2   2025, to file the Joint Case Management Report.

3   Dated this 21st day of January, 2025.

4

5   THIERMAN BUCK LLP                    JACKSON LEWIS P.C.

6   */s/ Joshua D. Buck*                 */s/ Joshua A. Sliker*

7   JOSHUA D. BUCK, ESQ.                 KIRSTEN A. MILTON, ESQ.
    Nevada Bar No. 12187                 Nevada Bar. No. 14401
    MARK R. THIERMAN, ESQ.               JOSHUA A. SLIKER, ESQ.
8   Nevada Bar No. 8285                  Nevada Bar No. 12493
    JOSHUA HENDRICKSON, ESQ.             300 S. Fourth Street, Suite 900
9   Nevada Bar No. 12225                 Las Vegas, Nevada 89101
    LEAH L. JONES, ESQ.
10  Nevada Bar No. 13161                 *Attorneys for Defendant Lyft, Inc.*
    7287 Lakeside Drive
11  Reno, Nevada 89511

12  *Attorneys for Plaintiff/Relator Chagolla*

13

14                                       **ORDER**

15

16                                       **IT IS SO ORDERED:**

17

18  Dated: ___January 22, 2025___        _____

19                                       HON. CARLA BALDWIN
                                         UNITED STATES MAGISTRATE JUDGE
20

21

22

23

24

25

26

27

28