**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| THE STATE OF NEVADA, DEPARTMENT OF EMPLOYMENT TRAINING and REHABILITATION, *ex rel.* CHAGOLLA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>LYFT, INC.,<br><br>　　　　　Defendant. | Case No.: 3:23-cv-00442-ART-CLB<br><br>**ORDER GRANTING**<br><br>**STIPULATION TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT'S MOTION TO RECONSIDER (ECF 55) AND DEFENDANT'S MOTION TO CERTIFY QUESTIONS TO THE NEVADA SUPREME COURT (ECF 56)**<br><br>**(FIRST REQUEST)** |

　　　Plaintiff THE STATE OF NEVADA, DEPARTMENT OF EMPLOYMENT TRAINING and REHABILITATION, *ex rel.* CHAGOLLA ("Plaintiff") and Defendants LYFT, INC. ("Defendants") (collectively the "Parties"), by and through their undersigned counsel, hereby agree and stipulate to extend time for Plaintiff to file their response to Defendant's Motion to Reconsider (ECF 55) and Defendant's Motion to Certify the Questions to the Nevada Supreme Court (ECF 56) from the current deadlines of Tuesday, February 11, 2025 up to and including **Tuesday, March 4, 2025.**

　　　This is the first request for an extension of time to respond to Defendant's Motions.

- 1 -

This instant request for an extension is needed because Plaintiff's Lead Counsel has a current pending deadline to submit an appellate brief in a separate case before the Nevada Supreme Court. This extension is requested and sought prior to the expiration of the deadline in question.

This stipulation is made in good faith and not for the purposes of undue delay or burden. No parties are prejudiced by this stipulation.

DATED: January 31, 2025

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| /s/ Joshua D. Buck | /s/ Jeremy S. Schneider |
| Mark R. Thierman, Nev. Bar No. 8285<br>Joshua D. Buck, Nev. Bar No. 12187<br>Leah L. Jones, Nev. Bar No. 13161<br>**THIERMAN BUCK LLP**<br>*Attorneys for Plaintiff* | Kirsten A. Milton, Esq. Nev. Bar No. 14401<br>Joshua A. Sliker, Esq. Nev. Bar No. 12493<br>Jeremy S. Schneider (*Pro Hac Vice*)<br>Matthew E. Kreiser (*Pro Hac Vice*)<br>**JACKSON LEWIS P.C.**<br>*Attorneys for Defendant, Lyft, Inc.* |

**IT IS SO ORDERED.**

DATED: February 3, 2025

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

- 2 -