KIRSTEN A. MILTON, ESQ.
Nevada State Bar. No. 14401
JOSHUA A. SLIKER, ESQ.
Nevada Bar No. 12493
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Telephone: (702) 921-2460
Email: kirsten.milton@jacksonlewis.com
Email: joshua.sliker@jacksonlewis.com

JEREMY S. SCHNEIDER, ESQ. (*pro hac vice*)
MATTHEW E. KREISER, ESQ. (*pro hac vice*)
**JACKSON LEWIS P.C.**
11790 Sunrise Valley Drive, Suite 400
Reston, Virginia 20191
Telephone: (703) 483-8300
Email: jeremy.schneider@jacksonlewis.com
Email: matthew.kreiser@jacksonlewis.com

*Attorneys for Defendant Lyft, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THE STATE OF NEVADA, DEPARTMENT OF EMPLOYMENT TRAINING AND REHABILITATION, *ex. rel.* Chagolla<br><br>                Plaintiff,<br><br>        v.<br><br>LYFT, INC.,<br><br>                Defendant. | Case No.: 3:23-cv-00442-ART-CLB<br><br>**STIPULATION AND ORDER TO EXTEND THE DEADLINE FOR DEFENDANT TO FILE A REPLY TO RELATOR'S RESPONSE TO MOTION FOR RECONSIDERATION OR, IN THE ALTERNATIVE, TO CERTIFY QUESTIONS TO THE NEVADA SUPREME COURT**<br><br>**(FIRST REQUEST)** |

        Defendant Lyft, Inc. ("Defendant"), by and through its counsel, Jackson Lewis P.C., and

Relator Christina Michelle Chagolla ("Relator"), by and through her counsel, Thierman Buck LLP,

hereby stipulate and agree to extend the time for Defendant to file a Reply to Relator's Response

[ECF No. 62] to Defendant's Motion for Reconsideration of the Court's September 30, 2024 Order

1    or, in the alternative, to certify questions to the Nevada Supreme Court by 7 days through and

2    including **March 18, 2025**.  This is the first such request the parties have stipulated to.

3          Defendant shall, therefore, have a 7-day extension up to and including March 18, 2025, to

4    file a Reply to Relator's Response to Defendant's Motion for Reconsideration.

5          This stipulation and order are sought in good faith and not for the purpose of delay.  No

6    prior request for any extension of time has been made.

7          Dated this 5th day of March, 2025.

8

9    THIERMAN BUCK LLP                JACKSON LEWIS P.C.
     */s/ Joshua D. Buck*                    */s/ Joshua A. Sliker*

10   Joshua D. Buck                      Kirsten A. Milton
     Nevada Bar No. 12187             Nevada Bar No. 14401

11   Mark R. Thierman                  Joshua A. Sliker
     Nevada Bar No. 8285              Nevada Bar No. 12493

12   Joshua Hendrickson            300 S. Fourth Street, Suite 900

13   Nevada Bar No. 12225             Las Vegas, Nevada 89101
     Leah L. Jones

14   Nevada Bar No. 13161             *Attorneys for Defendant Lyft, Inc.*
     7287 Lakeside Drive

15   Reno, Nevada 89511

16
     *Attorneys for Plaintiff/Relator Chagolla*

17

18                                                **ORDER**

19                                         **IT IS SO ORDERED:**

20

21   Dated: March 11, 2025

22                                         ANNE R. TRAUM
                                           UNITED STATES DISTRICT JUDGE

23

24

25

26

27

28