# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| STATE OF NEVADA, DEPARTMENT OF EMPLOYMENT TRAINING AND REHABILITATION *ex. rel.* Chagolla,<br><br>    Plaintiff,<br>v.<br><br>LYFT, INC.,<br><br>    Defendant. | Case No.: 3:23-cv-00442-ART-CLB<br><br>**ORDER GRANTING**<br><br>**STIPULATION EXTENDING THE DEADLINE TO FILE JOINT CASE MANAGEMENT REPORT**<br><br>**(SECOND REQUEST)** |

Pursuant to Local Rules IA 6-1 and 7-1, Defendant Lyft, Inc. ("Defendant" or "Lyft") and Relator Christina Michelle Chagolla ("Relator"), by and through their undersigned counsel, stipulate, agree, and respectfully request that the Court extend the deadline for the parties to file a Joint Case Management Report by 30 days, from December 21, 2025, to January 20, 2026.

On November 7, 2025, the Court entered a minute order requiring the parties to hold a 26(f) conference and file a joint case management report by December 21, 2025. ECF No. 69. The parties require additional time to prepare that report, particularly because of the intervening and upcoming winter holidays, as well as Lyft's recent retention of counsel from McDonald Carano LLP and

Orrick, Herrington, and Sutcliffe LLP, whose applications for admission are forthcoming. Additionally, the parties are exploring potential resolution of the action, which would obviate the need for filing a joint case management report and conserve judicial and the parties' resources.

The parties do not seek this extension for purposes of delay and this is the first request to extend the deadline to file a case management report since the stay was lifted, but second request overall. *See* ECF No. 60-61 (staying the case); ECF No. 69 (lifting the stay); *see also* ECF No. 53 (first stipulation requesting to extend deadline to file joint case management report). Accordingly, the parties request that the Court grant an extension of time for them to file a joint case management report until January 20, 2026.

Dated: December 19, 2025.

| | |
|---|---|
| THIERMAN BUCK LLP | McDONALD CARANO LLP |
| By: */s/ Joshua Buck* <br> Joshua Buck (NSBN 12187) <br> Leah J. Jones (NSBN 13161) <br> 325 West Liberty Street <br> Reno, NV 89501 <br> Telephone: (775) 284-1500 <br> josh@thiermanbuck.com <br> leah@thiermanbuck.com <br><br> *Attorneys for Relator* | By: */s/ Chelsea Latino* <br> Chelsea Latino (NSBN 14227) <br> Thaddeus C. Houston (NSBN 17215) <br> 100 West Liberty Street, 10th Floor <br> Reno, NV 89501 <br><br> David Rhinesmith (*PHV* forthcoming) <br> C. Anne Malik (*PHV* forthcoming) <br> ORRICK, HERRINGTON & SUTCLIFFE LLP <br> 2100 Pennsylvania Avenue NW <br> Washington, D.C. 20037 <br><br> *Attorneys for Defendant* |

**IT IS SO ORDERED**.

_____
Anne R. Traum
United States Distict Judge

DATED: December 29, 2025

2