**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

THE STATE OF NEVADA,
DEPARTMENT OF EMPLOYMENT,
TRAINING, AND REHABILITATION, *ex
rel.* CHAGOLLA,

Plaintiff,

v.

LYFT, INC.,

Defendant.

Case No. 3:23-CV-00442-ART-CLB

**ORDER ADDRESSING
DEFENDANT'S NOTICE OF
DISASSOCIATION OF COUNSEL**

[ECF No. 79]

On April 2, 2026, defense counsel filed a notice of disassociation stating Thaddeus C. Houston had left McDonald Carano LLP and was no longer counsel of record in this case. (ECF No. 79.) Pursuant to Local Rule LR IA 11-6(b), when an attorney who has appeared in the case seeks to withdraw, they must "file a motion or stipulation," not a notice, "and serve it on the affected client and opposing counsel." However, because Defendant is still represented by McDonald Carano and there has been no material change to Defendant's representation, the Court will excuse defense counsel's noncompliance. However, defense counsel is reminded that her future filings must comply with the Court's Local Rules. Any future failure to follow the Court's Local Rules or orders may result in sanctions.

**IT IS THEREFORE ORDERED** that defense counsel's notice of disassociation, (ECF No. 79), is hereby converted to a motion and **GRANTED**.

**IT IS FURTHER ORDERED** that the **CLERK** shall **TERMINATE** Thaddeus Houston as counsel of record for Defendant and remove him from the docket.

**DATED**: April 3, 2026

_____
**UNITED STATES MAGISTRATE JUDGE**