McDONALD ⬥ CARANO
100 WEST LIBERTY STREET, TENTH FLOOR ⬥ RENO, NEVADA 89501
PHONE 775.788.2000 ⬥ FAX 775.788.2020

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| THE STATE OF NEVADA, DEPARTMENT OF EMPLOYMENT TRAINING and REHABILITATION, *ex rel.* CHAGOLLA,<br><br>Plaintiff,<br><br>v.<br><br>LYFT, INC.,<br><br>Defendant. | Case No.: 3:23-cv-00442-ART-CLB<br><br>**ORDER GRANTING**<br><br>**STIPULATION TO EXTEND DEADLINE TO RESPOND TO RELATOR-PLAINTIFF'S PARTIAL MOTION FOR SUMMARY JUDGMENT**<br><br>**(First Request)** |

Defendant Lyft, Inc. ("Lyft" or "Defendant") and Relator Christina Michelle Chagolla ("Relator" and together with Defendant, the "Parties" and each a "Party"), by and through their undersigned counsel of record, stipulate and agree, and respectfully request that the Court extend the deadline for Lyft to respond to Relator's Partial Motion for Summary Judgment (ECF No. 87) ("PMSJ") from July 6, 2026 to July 31, 2026.

This is the Parties' first request to extend the deadline to respond to Relator's PMSJ. This request is made in good faith, jointly by the Parties, and not for the purpose of delay. Rather, the Parties seek it solely to allow Lyft sufficient time to prepare a response while accounting for the intervening holiday and summer schedules of counsel.

Dated: June 29, 2026.

McDONALD CARANO LLP

 /s/ Chelsea Latino
Chelsea Latino (NSBN 14227)
100 West Liberty Street, Tenth Floor
Reno, Nevada 89501

David Rhinesmith (admitted *PHV*)
C. Anne Malik (admitted *PHV*)
Anjali P. Vadillo (admitted *PHV*)
ORRICK, HERRINGTON & SUTCLIFFE LLP
2100 Pennsylvania Ave. NW
Washington, D.C. 20037

*Attorneys for Defendant Lyft Inc.*

THIERMAN BUCK LLP

 /s/ Joshua D. Buck
Mark R. Thierman (NBSN 8285)
Joshua D. Buck (NBSN 12187)
Leah L. Jones (NBSN 13161)
325 West Liberty Street
Reno, Nevada 89501

*Attorneys for Relator*

**IT IS SO ORDERED**.

ANNE R. TRAUM
UNITED STATES DISTRCIT JUDGE

DATED: June 30, 2026

2