**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

THE STATE OF NEVADA, DEPARTMENT OF EMPLOYMENT TRAINING and REHABILITATION, *ex rel.* CHAGOLLA,

Plaintiff,

vs.

LYFT, INC.,

Defendant.

Case No.: 3:23-cv-00442-ART-CLB

**ORDER GRANTING**

**STIPULATION TO EXTEND DEADLINE FOR PLAINTIFF TO REPLY IN SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT)**

**(FIRST REQUEST)**

Plaintiff THE STATE OF NEVADA, DEPARTMENT OF EMPLOYMENT TRAINING and REHABILITATION, *ex rel.* CHAGOLLA ("Plaintiff/Relator") and Defendant LYFT, INC. ("Defendant") (collectively the "Parties"), by and through their undersigned counsel, hereby agree and stipulate to extend time for Plaintiff to file their response in support of Plaintiff's Motion for Partial Summary Judgment (ECF No. 87) up to and including **Friday, August 28, 2026.** The current deadline for Plaintiff to Reply is August 14, 2026.

This is the first request for an extension of time to reply in support of Plaintiff's Motion for Partial Summary Judgment.

This instant request for an extension is needed because Plaintiff's Lead Counsel is currently out of the office due to family obligations and seeks sufficient time to prepare Plaintiff's reply. This extension is requested and sought prior to the expiration of the deadline in question.

This stipulation is made in good faith and not for the purposes of undue delay or burden. No Parties are prejudiced by this stipulation.

DATED: August 4, 2026

THIERMAN BUCK LLP

By: */s/ Leah L. Jones*
Joshua Buck (NSBN 12187)
Leah J. Jones (NSBN 13161)
325 W. Liberty Street
Reno, NV 89501
Telephone: (775) 284-1500

*Attorneys for Relator*

McDONALD CARANO LLP

By: */s/ Chelsea Latino*
Chelsea Latino (NSBN 14227)
Thaddeus C. Houston (NSBN 17215)
100 West Liberty Street, 10th Floor
Reno, NV 89501

David Rhinesmith (*PHV* forthcoming)
C. Anne Malik (*PHV* forthcoming)
ORRICK, HERRINGTON & SUTCLIFFE LLP
2100 Pennsylvania Avenue NW
Washington, D.C. 20037

*Attorneys for Defendant*

**IT IS SO ORDERED.**



ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

DATED: August 6, 2026